Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000723
04-MAR-2016
08:16 AM

NO. CAAP-15-0000723

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CASSANDRA STELOW, Petitioner-Appellee, v.
TRISTAN CHITTY, Respondent-Appellant

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-DA NO. 15-1-0223)

ORDER APPROVING THE MARCH 1, 2016
"STIPULATION TO DISMISS APPEAL"
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed March 1, 2016, by Respondent-Appellant Tristan Chitty, the papers in support, and the record, it appears that (1) the appeal was docketed on December 7, 2015; (2) the parties stipulate to dismiss the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b); (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) the parties agree to bear their own costs and attorneys' fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own costs and attorneys' fees.

DATED: Honolulu, Hawai'i, March 4, 2016.

Presiding Judge

Associate Judge

Associate Judge